FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:56 pm, Sep 22, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BOBBIE CAMPBELL,

    Plaintiff,

v.

WAL-MART STORES EAST, LP; and
COCA-COLA BOTTLING COMPANY,
UNITED INC.,

    Defendants.

CIVIL ACTION NO.: 2:19-cv-5

## **O R D E R**

    This matter comes before the Court following the parties' telephonic status conference on September 21, 2020.  In Plaintiff's Status Report, she states her neck and back surgery are scheduled for October.  Doc. 63 at 5.  Further, Plaintiff believes Dr. Nottmeier's opinion of the cause of her neck and back injuries may change following surgery.  Id.  After hearing from the parties during the September 21, 2020 telephonic status conference, the Court stayed the case for 60 days to allow Plaintiff to have surgery that is set with Dr. Nottmeier for the end of October and to allow counsel to confer and, if necessary, depose Dr. Nottmeier regarding his opinions.  This Order memorializes that ruling.  Therefore, the Court **STAYS** all proceedings in the case for 60 days.  The Court will conduct a status call in the case on November 20, 2020.

    **SO ORDERED**, this 22nd day of September, 2020.

    BENJAMIN W. CHEESBRO
    UNITED STATES MAGISTRATE JUDGE
    SOUTHERN DISTRICT OF GEORGIA