FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 8:33 am, Nov 24, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| BOBBIE CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, LP; and<br>COCA-COLA BOTTLING COMPANY,<br>UNITED INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:19-cv-5 |

**O R D E R**

This matter comes before the Court following the parties' telephonic status conference on November 20, 2020.  Dkt. entry dated Oct. 29, 2020.  These proceedings were previously stayed for Plaintiff to have surgery and receive an opinion on the cause of her neck and back injuries following the surgery.  Doc. 65.  At the telephonic status conference, Plaintiff's counsel reported Plaintiff did in fact have her surgery but has been unable to confer with her doctor about his opinion on the cause of her injuries.  Plaintiff ultimately requested another discovery extension so she could confer with her doctor.  The Court **DENIES** Plaintiff's request for an additional extension, given the previously imposed 60-day stay and the limited discovery that needs to occur, and **LIFTS** the stay.  Additionally, the Court **ORDERS** the parties to submit all motions, including <u>Daubert</u> motions, but excluding motions in limine, by December 18, 2020.

**SO ORDERED**, this 24th day of November, 2020.

                                                    BENJAMIN W. CHEESBRO
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF GEORGIA