# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| BOBBIE CAMPBELL<br><br>    v.<br><br>WAL-MART STORES EAST, LP,<br>COCA-COLA BOTTLING COMPANY<br>UNITED, INC. | CV219-5 |

### ORDER

All parties agree that Coca-Cola Bottling Company United, Inc. (hereinafter referred to as Coca-Cola) is not liable in this action. The Court has reviewed Coca-Cola's Motion for Summary Judgment (Dkt. 70) and concurs with all parties. Accordingly, Coca-Cola's Motion for Summary Judgment is hereby GRANTED. The Clerk of Court is directed to enter a judgment dismissing Coca-Cola with prejudice.

**SO ORDERED**, this  26th  day of February , 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA